```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 17139
   ERIC R BRYANT
   JOYCE M BRYANT                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-4600     SSN XXX-XX-5481

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2007 and was confirmed 02/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC    38743.12         2737.43        8708.24
GMAC MORTGAGE            CURRENT MORTG         .00             .00             .00
GMAC MORTGAGE            MORTGAGE ARRE   25219.47             .00             .00
GREEN TREE SERVICING LLC SECURED          7794.83             .00        2260.00
IL STATE DISBURSEMENT UN DSO ARREARS     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE PRIORITY         2500.75             .00             .00
CBUSA INC                UNSEC W/INTER  NOT FILED            .00             .00
ADP/HIGHLAND             UNSEC W/INTER  NOT FILED            .00             .00
BEST BANK                UNSEC W/INTER  NOT FILED            .00             .00
FREDRIC S TATEL DDS      UNSEC W/INTER  NOT FILED            .00             .00
AMBULATORY SURGICENTER D UNSEC W/INTER  NOT FILED            .00             .00
CHASE BANK USA NA        UNSEC W/INTER    1205.14             .00             .00
WELL GROUP HEALTH PARTNE UNSEC W/INTER  NOT FILED            .00             .00
CRESCENT RECOVERY LLC    UNSEC W/INTER  NOT FILED            .00             .00
PREMIER BANKCARD         UNSEC W/INTER     219.08             .00             .00
IL STATE DISBURSEMENT UN DSO ARREARS    15624.26             .00             .00
MIDNIGHT VELVET          UNSEC W/INTER  NOT FILED            .00             .00
U OF I DEPT OF EMER MED  UNSEC W/INTER  NOT FILED            .00             .00
RADIOLOGY CENTER         UNSEC W/INTER  NOT FILED            .00             .00
PREMIER AUTO FINANCE     UNSEC W/INTER  NOT FILED            .00             .00
SAMS CLUB                UNSEC W/INTER  NOT FILED            .00             .00
SEVENTH AVENUE           UNSEC W/INTER  NOT FILED            .00             .00
TARGET                   UNSEC W/INTER  NOT FILED            .00             .00
UNITED DIRECT FINANCE    UNSEC W/INTER     116.33            .00             .00
JPMORGAN CHASE BANK      NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE UNSEC W/INTER    1039.16            .00             .00
VICTORIA BRYANT          NOTICE ONLY    NOT FILED            .00             .00
IL STATE DISBURSEMENT UN NOTICE ONLY    NOT FILED            .00             .00
VICTORIA BRYANT          NOTICE ONLY    NOT FILED            .00             .00
UNITED DIRECT FINANCE    SECURED NOT I    1050.00            .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY     3,000.00                        3,000.00
TOM VAUGHN               TRUSTEE                                         1,353.60

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17139 ERIC R BRYANT & JOYCE M BRYANT
```

```
DEBTOR REFUND            REFUND                                      3,340.73

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  21,400.00

PRIORITY                                              .00
SECURED                                         10,968.24
    INTEREST                                     2,737.43
UNSECURED                                             .00
ADMINISTRATIVE                                   3,000.00
TRUSTEE COMPENSATION                             1,353.60
DEBTOR REFUND                                    3,340.73
                         ---------------       ---------------
TOTALS                   21,400.00              21,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/27/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
      CASE NO. 07 B 17139 ERIC R BRYANT & JOYCE M BRYANT